IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| JOHN PLOPPER, | ) |
| | ) |
|     Plaintiff and Counter Defendant, | ) |
| v. | )    No. 23-05029-CV-SW-BP |
| | ) |
| KENAN LEE MARTINEZ, | ) |
| | ) |
|     Defendant and Counter Claimant. | ) |

## JUDGMENT IN A CIVIL CASE

____**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____**Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**
    Pursuant to the Order (Doc. 29) filed on December 19, 2023, Defendant's Motion For Summary

Judgment on Plaintiff's Claim is **GRANTED** and Defendant's Counterclaim is **DISMISSED**

**WITHOUT PREJUDICE.**


| | |
|---|---|
| December 19, 2023 | Paige Wymore-Wynn |
| Date | Clerk of Court |
| | |
| | /s/ Shauna Murphy-Carr |
| | (by) Deputy Clerk |